IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JATARVIS VASSER                                                                                        PLAINTIFF

V.                                                                        CIVIL ACTION NO. 1:16-CV-91-SA-DAS

STATE OF MISSISSIPPI, and
CHRIS D. GRAY                                                                                        DEFENDANTS

## ORDER

The docket in this case shows that the Plaintiff abandoned his case. After filing his complaint and a motion to proceed in forma pauperis on May 31, 2016, the Plaintiff has not had any further communication with the Court despite numerous attempts to contact him. The Magistrate Judge assigned to this case filed a Report and Recommendation [13] recommending that this case be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with and order of the Court. The allotted time for objections has elapsed, and no objections were filed. The Court finds the Magistrate Judge's findings of fact and conclusions of law well-reasoned and approves and adopts the Report and Recommendation without change as the opinion of this Court.

Pursuant to the conclusions of the Report and Recommendation [13] this case is DISMISSED with prejudice. This CASE is CLOSED.

So ORDERED on this the 15th day of February, 2017.

                                                  /s/ Sharion Aycock
                                          UNITED STATES DISTRICT COURT JUDGE